IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY REANS and BARBARA REANS,

    Plaintiffs,

v.                                                                              No. 19-cv-0973 SMV/GBW

OPPLIGER COMPANIES LLC,
OPPLIGER FAMILY LTD., and STEPHEN NUTT,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs filed their Complaint on October 16, 2019. [Doc. 1]. Plaintiffs had 90 days from filing the Complaint, or until January 14, 2020, to effect service of process. Fed. R. Civ. P. 4(m) (2015). To date, there is no indication on the record that service of process has been effected with respect to Defendant Stephen Nutt.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendant Stephen Nutt should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiffs must file their response no later than **March 23, 2020**.

**IT IS SO ORDERED.**

                                                                             **STEPHAN M. VIDMAR**
                                                                             **United States Magistrate Judge**