## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JERRY REANS and BARBARA REANS,**

    Plaintiffs,

v.                                                                            No. 19-cv-0973 SMV/GBW

**DON OPPLIGER d/b/a OPPLIGER FARMS,**
**OPPLIGER EQUIPMENT, LLC,**
**THE OPPLIGER COMPANIES LLC,**
**OPPLIGER FAMILY LTD., and STEPHEN NUTT,**

    Defendants.[1]

## ORDER TO AMEND COMPLAINT

THIS MATTER is before the Court on the parties' Stipulation Concerning Party Defendants [Doc. 49], filed on October 30, 2020. Plaintiffs must file a third amended complaint to reflect the proper party Defendants no later than **November 19, 2020**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] It appears that Defendant Don Oppliger should be replaced with the Estate of Donald Lee Oppliger, [Docs. 37, 45], and that Defendant Oppliger Companies, LLC, does not exist independently, [Docs. 44, 49].